JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MENDEZ, | Case No. CV 18-0532 FMO (Ex) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MEGA LIQUOR NO. 8, | |
| Defendant. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 29th day of May, 2018.

/s/
Fernando M. Olguin
United States District Judge